UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

MARIE WYKE,

    Plaintiff,

v.

U.S. WELLS SERVICES, LLC,

    Defendant.

No. 6:21-CV-032-H

## ORDER OF DISMISSAL

Before the Court is the parties' Agreed Motion to Dismiss with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Dkt. No. 55. The agreed motion is granted. It is ordered that Wyke's claims against U.S. Wells Services, LLC are dismissed with prejudice, and the Clerk of Court is directed to close this case. The parties shall each bear their own costs and attorneys' fees.

So ordered on September 14, 2022.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE